UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TIMOTHY A. PERKIN, on behalf of himself and all other plaintiffs known and unknown,<br><br>    Plaintiff,<br><br>    v.<br><br>TRANSMARKET GROUP, INC., d/b/a TRANSMARKET GROUP L.L.C.,<br><br>    Defendant. | Case No. 09 CV 6403<br><br>Honorable Judge<br><br>Magistrate Judge |

**DEFENDANT TRANSMARKET GROUP, INC.'S**
**CORPORATE DISCLOSURE STATEMENT**

Defendant TransMarket Group L.L.C. ("TransMarket"), incorrectly identified in the Complaint as TransMarket Group, Inc., d/b/a TransMarket Group L.L.C., by and through its undersigned counsel, hereby complies with Fed. R. Civ. P. 7.1 and Local Rule 3.2 B for the United States District Court for the Northern District of Illinois, by disclosing the following:

1. Based on information and belief, there are no companies affiliated with TransMarket or TransMarket Group, Inc. that have issued shares or debt securities to the public.

    Respectfully submitted,

    TRANSMARKET GROUP, INC. and
    TRANSMARKET GROUP, L.L.C.


    By:    s/Charles J. Risch
           One of Defendants attorneys

Charles J. Risch (ARDC #6183465)
John D. Ruark (ARDC# 6209905)
Lawrence, Kamin, Saunders & Uhlenhop, L.L.C.
300 South Wacker Drive, Suite 500
Chicago, Illinois 60606
(312) 372-1947

- 2 -

## CERTIFICATE OF SERVICE

The undersigned, an attorney, hereby certifies that he caused a copy of Defendant TransMarket Group, Inc.'s and TransMarket Group, L.L.C.'s Answer to Plaintiff Timothy A. Perkin's Complaint to be served upon the following counsel of record via electronic filing:

John W. Billhorn
Billhorn Law Firm
120 S. State Street
Suite 400
Chicago, IL 60603

Dated: December 15, 2009                s/Charles J. Risch
                                        One of Defendants attorneys